| AO-10 Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989. Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) DeMent, Ira | 2. Court or Organization Judgeship for U.S. District Court for Middle District of Alabama | 3. Date of Report November 14, 1991 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) X Nomination, Date Nov. 14, 1991 ___ Initial ___ Annual ___ Final | 6. Reporting Period January 1, 1990 to October 31, 1991 |
| 7. Chambers or Office Address P.O. Box 4163 Montgomery, AL 36103-4163 | | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed.* Complete all parts, checking the NONE box for each section where you have no reportable information. *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions) | |
| Administrator and Trustee | Ira DeMent Keogh |
| Trustee | Charles Posey DeMent Trust |
| Co-Trustee | Ruth C. Posey Family Trust |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements) | |
| | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1989 CYE | Gross fees for legal services (business) | $ 522,658 |
| 1990 CYE | Gross fees for legal services (business) | $ 393,955 |
| 10/31/91 PE | Gross fees for legal services (business) | $ 285,095 |
| | | $ |
| | | $ |

Digitized by Google

| AO-10<br>Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-112) |

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
| --- | --- | --- |
| | | |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type)<br>___ Nomination, Date_____<br>___ Initial ___ Annual ___ Final | 6. Reporting Period |
| 7. Chambers or Office Address | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed.* Complete all parts, checking the NONE box for each section where you have no reportable information. *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| ☐ NONE (No reportable positions) | |
| Trustee | Montgomery Charitable Foundation |
| Co-Executor | Estate of James C. Posey |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| ☐ NONE (No reportable agreements) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse) |
| --- | --- | --- |
| ☐ NONE (No reportable non-investment income) | | |
| | | $_____ |
| | | $_____ |
| | | $_____ |
| | | $_____ |
| | | $ . |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>DeMent, Ira | Date of Report<br>Nov. 14, 1991 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children: use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions

| | SOURCE | DESCRIPTION |
|---|---|---|
| x | NONE (No such reportable reimbursements or gifts) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instruction

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| x | NONE (No such reportable gifts) | | |
| 1 | Exempt | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children: indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| x | NONE (No reportable liabilities) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
B = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)  Page 1 of 10

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.,<br>Code¹<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value,<br>Code²<br>(J-P) | (2)<br>Value<br>Method<br>Code³<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy,sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value,<br>Code²<br>(J-P) | (4)<br>Gain:<br>Code¹<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| U.S. Savings Bonds | A | Int. | K | T | | Exempt | | | |
| | | | | | | | | | |
| Merrill Lynch (ML) | | | | | | | | | |
| Montgomery, Alabama | | | | | | | | | |
| A/C #575-28039 | | | | | | | | | |
| Eaton Vance National Municipals Fund | D | Int. | K | T | | Exempt | | | |
| ML Municipal Bond Fund Insured Portfolio CL B | A | Int. | J | T | | Exempt | | | |
| ML Municipal Bond Fund Insured Portfolio CL A | A | Int. | J | T | | Exempt | | | |
| ML High Income Muni Bond Fund | A | Int. | J | T | | Exempt | | | |
| ML CMA Tax-Exempt Fund | A | Int. | J | T | | Exempt | | | |
| MIT SR 331 MPS | A | Int. | -- | -- | | Exempt | | | |
| First Alabama Bancshares, Inc. | B | Div. | K | T | | Exempt | | | |
| Common Stock, 1,064 Shares | | | | | | | | | |
| Secor Common Stock | A | Div. | J | T | | Exempt | | | |
| 500 Shares | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

**776**

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.) Page 2 of 10

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Checking Account | A | Int. | J | T | Exempt | | | | |
| 2 First Alabama Bank | | | | | | | | | |
| 3 Montgomery, Alabama | | | | | | | | | |
| 4 A/C #203395596 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 Checking Account - Law Practice | -- | -- | J | T | Exempt | | | | |
| 7 First Alabama Bank | | | | | | | | | |
| 8 Montgomery, Alabama | | | | | | | | | |
| 9 A/C #02-0038-5565 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 Individual Retirement Account | A | Int. | J | T | Exempt | | | | |
| 12 AmSouth Bank | | | | | | | | | |
| 13 Montgomery, Alabama | | | | | | | | | |
| 14 A/C #500136123 | | | | | | | | | |
| 15 Time Deposits | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes:    A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to 5,000    D=$5,001 to $15,000
(See Col. B1 & D4)    E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=More than $1,000,000
2 Value Codes:    J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
(See Col. C1 & D3)    N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=More than $1,000,000
3 Value Method Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book Value    V=Other    W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>DeMent, Ira | Date of Report<br>Nov. 14, 1991 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

Page 3 of 10

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| | | | | | | If not exempt from disclosure | | | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Individual Retirement Account | A | Int. | J | T | | Exempt | | | |
| 2 First Alabama Bank | | | | | | | | | |
| 3 Montgomery, Alabama | | | | | | | | | |
| 4 A/C #6509517 | | | | | | | | | |
| 5 A/C #904725801 | | | | | | | | | |
| 6 Time Deposits | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 Ira DeMent Keogh | | | | | | | | | |
| 9 Merrill Lynch<br>Montgomery, Alabama | | | | | | | | | |
| 10 A/C #575-85113 | | | | | | | | | |
| 11 Lomas Mtge Secs Fd Inc. | B | Int. | -- | -- | | Exempt | | | |
| 12 Templeton Glbl Inc F Inc. | C | Int. | J | T | | Exempt | | | |
| 13 Comstock Prtnrs Strgy Fd | A | Int. | J | T | | Exempt | | | |
| 14 Tyler Cabot Mtg Secs Fd | B | Int. | J | T | | Exempt | | | |
| 15 Lifetime Govt Income Plus TR SBI | D | Int. | L | T | | Exempt | | | |
| 16 ML Balanced Fd for Invst and Retirement Class B | A | Int. | J | T | | Exempt | | | |
| 17 Alliance Short-Term Multi Market Fd Class B | D | Int. | K | T | | Exempt | | | |
| 18 Merrill Lynch Short Term Global Income Fund Cl B | C | Int. | K | T | | Exempt | | | |
| 19 ML Corp Bond Hi Inc/Cl A | A | Int. | J | T | | Exempt | | | |
| 20 Alliance Multi Market Strategy Trust Class B | A | Int. | L | T | | Exempt | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less<br>F=$50,001 to $100,000 | B=$1,001 to $2,500<br>G=$100,001 to $1,000,000 | C=$2,501 to 5,000<br>H=More than $1,000,000 | D=$5,001 to $15,000 | E=$15,001 to $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

Digitized by Google

**IRA DE MENT, ATTORNEY AT LAW**
**Accounts Receivable - October 31, 1991**

| | |
|---|---:|
| State of Alabama | $ 17,310 |
| Murray D. Langford | 383 |
| Shorter Legal Fund | 3,388 |
| Mary Mansour. | 3,327 |
| Mildred Roberts | 1,156 |
| J.T. Norman | 121 |
| Richard Heartsill | 3,916 |
| Robert Little | 25,595 |
| Amy Byndloss | 2,207 |
| Jeffery Wright (Alabama Gas Corporation) | 385,063 |
| Steve Perry | 13,151 |
| Estate of James C. Posey | 1,543 |
| U.S.A. vs. Athena State | 541 |
| Total | $457,701 |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | DeMent, Ira | Nov. 14, 1991 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.) Page 4 of 10

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Accounts Receivable From | -- | -- | N | U | | Exempt | | | | |
| 2 Law Practice For Fees and | | | | | | | | | | |
| 3 Costs Advanced for Clients | | | | | | | | | | |
| 4 Note: Includes Fee in the | | | | | | | | | | |
| 5 Amount of $385,063 Due From | | | | | | | | | | |
| 6 Alabama Gas Corporation. | | | | | | | | | | |
| 7 Detail List Attached | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 Furniture and Equipment | -- | -- | J | U | | Exempt | | | | |
| 10 Used in Law Practice | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 Money Market Account (J) | D | Int. | K | T | | Exempt | | | | |
| 13 First Alabama Bank | | | | | | | | | | |
| 14 Montgomery, Alabama | | | | | | | | | | |
| 15 A/C #201631837 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 U.S. Savings Bonds (S) | A | Int. | J | T | | Exempt | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

**780**

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)   Page 5 of 10

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| | | | | | | If not exempt from disclosure | | | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Certificates of Deposit (S) | D | Int. | L | T | | Exempt | | | |
| Colonial Bank | | | | | | | | | |
| Montgomery, Alabama | | | | | | | | | |
| CD #105033 | | | | | | | | | |
| | | | | | | | | | |
| Certificate of Deposit (S) | D | Int. | L | T | | Exempt | | | |
| First Alabama Bank | | | | | | | | | |
| Montgomery, Alabama | | | | | | | | | |
| A/C #545590023306199 | | | | | | | | | |
| CD #3306199 | | | | | | | | | |
| | | | | | | | | | |
| Certificate of Deposit (S) | C | Int. | K | T | | Exempt | | | |
| Union Bank and Trust | | | | | | | | | |
| Montgomery, Alabama | | | | | | | | | |
| A/C #000220071 | | | | | | | | | |
| CD #181-1334414 | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>F=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=more than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting DeMent, Ira | Date of Report Nov. 14, 1991 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.) Page 6 of 10

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, (S) for separate ownership by spouse, (DC)" for ownership by dependent child. Place "(I)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy,sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Certificates of Deposit (S) | C | Int. | -- | -- | Exempt | | | | |
| 2 AmSouth Bank | | | | | | | | | |
| 3 Montgomery, Alabama | | | | | | | | | |
| 4 A/C #22457658 | | | | | | | | | |
| 5 A/C #22829679 | | | | | | | | | |
| 6 A/C #23983957 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 Merrill Lynch (S) | | | | | | | | | |
| 9 Montgomery, Alabama | | | | | | | | | |
| 10 A/C #575-58012 | | | | | | | | | |
| 11 CMA Money Account | A | Int. | J | T | Exempt | | | | |
| 12 Eaton Vance National Municipal Fund | C | Int. | E | T | Exempt | | | | |
| 13 Columbia, AL IDB | B | Int. | J | T | Exempt | | | | |
| 14 | | | | | | | | | |
| 15 Money Market Account (S) | A | Int. | K | T | Exempt | | | | |
| 16 AmSouth Bank | | | | | | | | | |
| 17 Montgomery, Alabama | | | | | | | | | |
| 18 A/C #76-736-172 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less F=$15,000 or less | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less O=$500,001 to $1,000,000 | K=$15,001 to $50,000 P=More than $1,000,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>DeMent, Ira | Date of Report<br>Nov. 14, 1991 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.) Page 7 of 10

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | If not exempt from disclosure | | |
| | | | | | | | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Checking Account (S) | -- | -- | J | T | | Exempt | | | |
| 2 First Alabama Bank | | | | | | | | | |
| 3 Montgomery, Alabama | | | | | | | | | |
| 4 A/C #02-0529-4436 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 Checking Account (S) | -- | -- | J | T | | Exempt | | | |
| 7 AmSouth Bank | | | | | | | | | |
| 8 Montgomery, Alabama | | | | | | | | | |
| 9 A/C #67-592-600 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 Individual Retirement Acct. (S) | B | Int. | K | T | | Exempt | | | |
| 12 AmSouth Bank | | | | | | | | | |
| 13 Montgomery, Alabama | | | | | | | | | |
| 14 A/C #500154482 | | | | | | | | | |
| 15 Time Deposits | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & B4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,000 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>DeMent, Ira | Date of Report<br>Nov. 14, 1991 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

Page 8 of 10

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain:<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Individual Retirement Acct. (S) | A | Int. | J | T | | Exempt | | | |
| 2. First Alabama Bank | | | | | | | | | |
| 3. Montgomery, Alabama | | | | | | | | | |
| 4. A/C 904733193 | | | | | | | | | |
| 5. Time Deposits | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. The Ruth C. Posey Family Trust (S) | A | Int. | M | T | | Exempt | | | |
| 8. AmSouth Bank | | | | | | | | | |
| 9. Montgomery, Alabama | | | | | | | | | |
| 10. A/C #41-9860-00-2 | | | | | | | | | |
| 11. Income Beneficiary | | | | | | | | | |
| 12. Co-Trustees: | | | | | | | | | |
| 13. AmSouth Bank | | | | | | | | | |
| 14. Ira DeMent | | | | | | | | | |
| 15. Ruth DeMent | | | | | | | | | |
| 16. Montgomery, Alabama | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>DeMent, Ira | Date of Report<br>Nov. 14, 1991 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)  Page 9 of 10

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code[1]<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code[2]<br>(J-P) | (2)<br>Value<br>Method<br>Code[3]<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | \| | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value[2]<br>Code[2]<br>(J-P) | (4)<br>Gain[2]<br>Code[4]<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Estate of May C. Adams (S) | D | Int. | -- | -- | | Exempt | | | | |
| 2 LeRoy B. McInally, Trustee | | | | | | | | | | |
| 3 Grosse Pointe Farms, MI | | | | | | | | | | |
| 4 Remainder Interest Beneficiary | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 U.S. Savings Bonds (DC) | A | Int. | J | T | | Exempt | | | | |
| 7 | | | | | | | | | | |
| 8 Savings Account (DC) | A | Int. | J | T | | Exempt | | | | |
| 9 First Alabama Bank | | | | | | | | | | |
| 10 Montgomery, Alabama | | | | | | | | | | |
| 11 A/C #00-79557-31 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 Checking Account (DC) | -- | -- | J | T | | Exempt | | | | |
| 14 First Alabama Bank | | | | | | | | | | |
| 15 Montgomery, Alabama | | | | | | | | | | |
| 16 A/C #02-0509-0598 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | DeMent, Ira | Nov. 14, 1991 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

Page 10 of 10

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code¹ (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code² (J-P) | (2) Value Method Code³ (Q-W) | (1) Type (e.g. buy,sell, merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code² (J-P) | (4) Gain: Code¹ (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| ¹ Charles Posey DeMent Trust (DC) | | | | | | | | | |
| ² Merrill Lynch | | | | | | | | | |
| ³ Montgomery, Alabama | | | | | | | | | |
| ⁴ A/C #575-56489 | | | | | | | | | |
| ⁵ Tyler Cabot Mtg Sec | B | Int. | J | T | | | | Exempt | |
| ⁶ Lifetime Gov't Plus | C | Int. | K | T | | | | Exempt | |
| ⁷ Alliance Multi Market Strategy Trust Class B | A | Int. | I | T | | | | Exempt | |
| ⁸ Lomas Mtge Secs Fd Inc. | B | Int. | -- | -- | | | | Exempt | |
| ⁹ | | | | | | | | | |
| ¹⁰ | | | | | | | | | |
| ¹¹ | | | | | | | | | |
| ¹² | | | | | | | | | |
| ¹³ | | | | | | | | | |
| ¹⁴ | | | | | | | | | |
| ¹⁵ | | | | | | | | | |
| ¹⁶ | | | | | | | | | |
| ¹⁷ | | | | | | | | | |
| ¹⁸ | | | | | | | | | |
| ¹⁹ | | | | | | | | | |
| ²⁰ | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting DeMent, Ira | Date of Report Nov. 14, 1991 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Part II Agreements: Law Practice

Nominee at present does not have any arrangement or agreement regarding the disposition of nominee's law practice. It is the intention of the nominee to liquidate the law practice and make arrangements for the disposition of cases which have not been settled, tried or otherwise disposed. Nominee will retain a financial interest in some of the cases referre to other lawyers and, of course, until those cases are disposed of, will recuse himself in any case where the litigant is represented by any one or more of the lawyers.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudica function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent child had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent child. if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have b reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Confere regulations.

Signature _Ira DeMent_          Date _12 Nov 91_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPC MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google